# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MARIONNO DELGADO,<br><br>  Petitioner,<br><br>  v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>  Respondent. | Case No. ED CV 12-0018 JSL (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

*/s/ Spencer Letts*

DATED: 10/24/13

_____
HON. J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE